UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMBER DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-CV-10214 |
| ) | |
| SEQUOIA CAPITAL OPERATIONS LLC, ) | |
| ) | Judge Sharon Johnson Coleman |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION AND ORDER**

On August 25, 2025, *pro se* plaintiff Amber Doe ("Plaintiff") filed an emergency *ex parte* motion for temporary restraining order and preliminary injunction [4], application for leave to proceed in forma pauperis [8], and motion for leave to file electronically [9] and submitted a 289-page complaint with over 60 causes of action against more than 100 defendants (albeit, naming only Sequoia Capital Operations, LLC in the case caption). Plaintiff seeks over $1 billion in damages.

As Plaintiff seeks to proceed *in forma* pauperis, the Court must analyze whether Plaintiff's Complaint (i) is frivolous or malicious; (ii) fails to state a claim; or (iii) seeks damages from a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2)(B). While a plaintiff should ordinarily be given an opportunity to amend the complaint to correct a deficiency, the Court need not permit a *pro se* litigant to amend the complaint where amendment would be futile. *Bogie v. Rosenberg*, 705 F.3d 603, 609 (7th Cir. 2013) (internal citations omitted).

Plaintiff is no stranger to the federal court system. She has filed nearly identical complaints against nearly identical defendants in several federal jurisdictions throughout the United States. *See Baptiste v. Vox Media, et al.,* No. 1:23-cv-02161 (D.D.C. Feb. 2, 2024); *Doe v. Sequoia Capital, et al.,* No. CV 23-88-M-DWM (D. Mont. Oct. 17, 2023); *Doe v. Sequoia Capital*, No. 2:23-CV-6439-MEMF (SK) (C.D. Cal. Oct. 17, 2023); *Doe v. Sequoia Capital*, No. 23-CV-5881 (LTS) (S.D.N.Y. Aug. 14, 2023); *Doe*

1

*v. Quinn Emmanuel*, No. 2:23-CV-4723-MEMF (SK) (C.D. Cal. June 16, 2023); *Doe v. Goguen*, No. 2:23-CV-2280-MEMF (SK) (C.D. Cal. May 22, 2023). Within the last month, it appears Plaintiff has filed three new identical complaints, in addition to this pending action. *Doe v. Sequoia Capital Operations, LLC,* No. 1:25-cv-14707-ESK-MJS (D.N.J., complaint filed August 18, 2025); *Doe v. Sequoia Operations LLC*, No. 1:25-CV-2566 (UNA) (D.D.C., complaint filed Aug. 5, 2025); *Doe v. Sequoia Operations LLC, No.* 8:25-CV-2003 (TPB) (CPT) (M.D. Fla., complaint filed July 30, 2025). For her extreme efforts, Plaintiff has earned the recognition of a vexatious litigant from the Superior Court of California, County of Orange, and the California State Bar. *See Doe v. Sequoia Capital Operations LLC,* No. 25-cv-6169-LTS, Dkt. 8, at 3, 7, (S.D.N.Y. Aug. 20, 2025).

A complaint is deemed frivolous where the action is barred by res judicata. *Park v. Bd. of Trustee for University of Illinois,* No. 21-1721, 2021 WL 6201293, at *1 (7th Cir. Aug. 26, 2021). Clearly, the Complaint is essentially identical to the several other complaints Plaintiff has filed in federal courts throughout the country. Consequently, the Court finds the Complaint is barred by res judicata and, therefore, frivolous. As Plaintiff's Complaint is barred by res judicata, any attempt to amend would be futile. *E.g., Anderson v. Guaranteed Rate, Inc.,* No. 13 C 431, 2013 WL 2319128, at *XX (N.D. Ill. May 28, 2013) (Kendall, J.) (collecting cases).

**CONCLUSION**

For nearly two years, Plaintiff has attempted to file the same complaint, receiving the same outcome each time. Her reckless decision to knowingly continue to strain judicial resources is not only highly imprudent, but deeply troublesome.

For these reasons, the Court dismisses Plaintiff's Complaint with prejudice, and, accordingly, denies Plaintiff's emergency *ex parte* motion for temporary restraining order and preliminary injunction [4], application for leave to proceed in forma pauperis [8], and motion for leave to file electronically [9]. Civil case terminated.

**IT IS SO ORDERED.**

Date: 8/28/2025

Entered: _____
SHARON JOHNSON COLEMAN
United States District Judge